CLARENCE N. MARTIN et al., Appellants, *v.* JAMES O. SEBRING, Respondent, Impleaded with Another.

(Submitted November 19, 1934; decided November 27, 1934.)

*James O. Sebring,* in person, for motion.

*W. Earle Costello* opposed.

Motion granted and appeal dismissed with costs and ten dollars costs of motion, unless within ten days appellants pay ten dollars costs and file undertaking, in which case the motion is denied.